In the Matter of the Accounting of ENOCH G. MEGRUE, as Executor of JOSEPH R. MEGRUE, Deceased, Appellant.

MINNIE MEGRUE, Respondent.

*Matter of Megrue*, 170 App. Div. 653, affirmed.
(Argued January 7, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1915, which affirmed a decree of the New York County Surrogate's Court construing the will of

Joseph R. Megrue, deceased. The questions at issue were the disposition of certain stocks of the subsidiary companies of the Standard Oil Company of New Jersey, as between life tenant and remaindermen, as well as the ownership of certain extraordinary dividends declared by the subsidiary companies since the dissolution of the Standard Oil Company of New Jersey.

*Treadwell Cleveland* and *M. V. Dorney* for appellant.

*John M. Gardner* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.